| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| David Turner, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-1969 |
| | § | |
| CAM Integrated Solutions, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

Having been advised that David Turner no longer wishes to pursue his claims against CAM Integrated Solutions, LLC, the case is dismissed without prejudice. (7)

Signed on June 2(, 2021, at Houston, Texas.

                                    Lynn N. Hughes
                                    United States District Judge